**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

WILLIAM PETERS,                              CASE NO.: 20-40073
                                                         CHAPTER 13

       Debtor.
_____/

**DEBTOR'S OBJECTION TO AMENDED PROOF OF**
**CLAIM NO. 8 FILED BY FORTY ONE YELLOW, LLC**

AMENDED CLAIM NO:    8  (Secured)
CLAIM DATE:              October 15, 2020
AMOUNT:                  $270,259.91 (including pre-petition
                                     arrearage of $179,148.65)

> **Notice of Opportunity to Object and for Hearing**
>
> **Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**
> **If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL  32301, and serve a copy on the movant's attorney, Bruner Wright P.A. at 2810 Remington Green Circle, Tallahassee, FL 32308, and any other appropriate person with the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**
> **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

        **COMES NOW**, the Debtor, William Peters, by and through his undersigned

Counsel and objects to Amended Proof of Claim No. 8 (the "Amended Claim") filed by

Forty One Yellow, LLC (the "Creditor"), and in support thereof, states as follows:

1. The Creditor filed the original Proof of Claim No. 8 on April 29, 2020, in the amount of $192,127.37 with interest at the rate of 4.75%. The basis for the claim is a Uniform Final Judgment of Mortgage Foreclosure in the amount $192,127.37.

2. The First Amended Chapter 13 Plan (Doc. 28) provides for payment of the Claim in the amount of $192,127.37 plus interest at the rate of 4.75%, by the Trustee. The Plan was confirmed on August 21, 2020, absent any objection by the Creditor.

3. On October 15, 2020, the Creditor filed the Amended Claim increasing the secured claim to $270,259.91 and the interest rate to 12.99%.

4. The Debtor is not aware of any authority whereby the creditor is entitled to the additional interest and fees included in the Amended Claim.

**WHEREFORE**, the Debtor, William Peters, prays the Court enter an Order Sustaining Debtor's Objection to Amended Proof of Claim No. 8 filed by Forty One Yellow, LLC and disallow the Amended Claim in the amount of $270,259.91, and any other relief the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 23rd day of December, 2020.

*/s/ Byron Wright III*
Byron Wright III
Florida Bar No. 118971
2810 Remington Green Circle
Tallahassee, FL  32308
Office: (850) 385-0342
Fax: (850) 270-2441

## **CERTIFICATE OF SERVICE**

I, Byron Wright III, hereby certify that a true and accurate copy of the foregoing document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** The foregoing document was served by the Court via NEF on December 23, 2020, to the following persons at the email addresses noted herein:

   Leigh D. Hart
   ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

   United States Trustee
   USTPRegion21.TL.ECF@usdoj.gov

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on December 23, 2020, to the following:

   Forty One Yellow, LLC
   FCI Lender Services, Inc.
   P.O. Box 28720
   Anaheim, CA 92809

   Forty One Yellow, LLC
   c/o D. Anthony Sottile
   Authorized Agent for Creditor
   Sottile and Barile, LLC
   394 Wards Corner Road, Suite 180
   Loveland, OH 45140

   **DATED:** December 23, 2020

   */s/ Byron Wright III*
   Byron Wright III
   Florida Bar No. 118971